B18 (Official Form 18)(12/07)

## United States Bankruptcy Court
## Central District Of California

1415 State Street, Santa Barbara, CA 93101−2511

# DISCHARGE OF DEBTOR

**DEBTOR INFORMATION:**
Joel Macayan Guron

**BANKRUPTCY NO.** 9:10−bk−11380−RR

**CHAPTER** 7

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−5827
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Discharge Date:** 7/23/10

**JOINT DEBTOR INFORMATION:**
Latoya Dixon Guron
aka Latoya Colet Dixon

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−1337
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Joint Debtor Discharge Date:** 7/23/10

**Address:**
403 Daytona Drive
Goleta, CA 93117

   It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT,

Dated: July 23, 2010

**Kathleen J. Campbell**
Clerk of the Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

_____

*Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social−security numbers or individual taxpayer−identification numbers.*

(Form b18−DIS Rev. 03/09) VAN−30

17 − 8 / JMC

B18 (Official Form 18) Cont.
Rev.(12/07)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts That are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes;
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift savings Plan for federal employees for certain types of loans from these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.

# CERTIFICATE OF NOTICE

```
District/off: 0973-9           User: jmcnabbC                Page 1 of 2                   Date Rcvd: Jul 23, 2010
Case: 10-11380                 Form ID: b18                  Total Noticed: 48

The following entities were noticed by first class mail on Jul 25, 2010.
db/jdb       +Joel Macayan Guron,   Latoya Dixon Guron,   403 Daytona Drive,   Goleta, CA 93117-2565
smg          +County Assessor,   County Government Center, Room 100,   San Luis Obispo, CA 93408-0001
smg           Employment Development Dept.,   Bankruptcy Group MIC 92E,   P.O. Box 826880,
               Sacramento, CA 94280-0001
25975799     +Access Capital Credit,   338 W Lexington Ave Ste,   El Cajon, CA 92020-4443
25975801     +Applied Card Bank,   Attention: General Inquiries,   Po Box 17125,   Wilmington, DE 19850-7125
25975804     +California Recovery Systems,   5777 Madison Ave., #960,   Sacramento, CA 95841-3324
25975806      Cash Central,   84 E 2500 N,   Logan, UT 84341
25975808     +Cb Of San Luis Obispo,   1666 Ramona Ave,   Grover Beach, CA 93433-2203
25975809     +Ccb Credit Services,   5300 S 6th Street Rd,   Springfield, IL 62703-5184
25975810     +Ccs/first National Ban,   500 E 60th St N,   Sioux Falls, SD 57104-0478
25975812     +City of Oxnard,   300 W 3rd St Ste 300,   Oxnard, CA 93030-5738
25975813     +Continental Credit Ctr,   22 N Milpas St Ste C,   Santa Barbara, CA 93103-3300
25975815     +Divsfd Svc I,   5800 E Thomas Rd Ste 107,   Scottsdale, AZ 85251-7510
25975816     +Ernst Artmann And Asso,   Po Box 4200,   Laguna Beach, CA 92652-4200
25975817      Fidelity Creditor Svc,   216 E Louise St,   Glendale, CA 91205
25975818     +Financial Credit Network,   1300 W Main St,   Visalia, CA 93291-5825
25975822     +Grant & Weber,   26575 West Agoura Road,   Calabasas, CA 91302-2975
25975823     +Hilco Rec,   5 Revere Dr Ste 510,   Northbrook, IL 60062-8007
25975826     +Hstn Funding,   2620 Fountainview,   Houston, TX 77057-7621
25975828     +J J Mac Intyre Co Inc,   1801 California Ave,   Corona, CA 92881-7251
25975830     +Ltd Financial Svcs Lp,   7322 Southwest Fwy Ste 1,   Houston, TX 77074-2010
25975834     +National City Mortgage,   Attn: Bankruptcy Dept,   3232 Newmark Dr.,   Miamisburg, OH 45342-5433
25975837     +Principal Financial Group,   PO Box 9394,   Des Moines, IA 50306-9394
25975840     +S M C/Daniels Jewelers,   5700 Hannum Ave,   Culver City, CA 90230-6552
25975841     +So Calif Edison Company,   2131 Walnut Grove Ave,   Rosemead, CA 91770-3769
25975842     +Time Warner Cable,   721 Maulhardt Ave.,   Oxnard, CA 93030-7907
25975843     +Valentine & Kebartas,   PO Box 325,   Lawrence, MA 01842-0625
The following entities were noticed by electronic transmission on Jul 24, 2010.
smg          +E-mail/Text: SBCBankruptcy@co.santa-barbara.ca.us                            County Tax Collector,
               P.O. Box 357,   Santa Barbara, CA 93102-0357
25975800     +EDI: AGFINANCE.COM Jul 23 2010 22:23:00     American General  Finan,   3737 Telegraph Road,
               Ventura, CA 93003-3464
25975802     +EDI: ACCE.COM Jul 23 2010 22:28:00     Asset Acceptance,   PO Box 2036,   Warren, MI 48090-2036
25975803     +EDI: HFC.COM Jul 23 2010 22:23:00     Beneficial/hfc,   Po Box 1547,   Chesapeake, VA 23327-1547
25975805     +EDI: CAPITALONE.COM Jul 23 2010 22:28:00     Capital 1 Bank,   PO Box 85015,
               Richmond, VA 23285-5015
25975807     +E-mail/Text: ngoodman@cashcall.com                            Cashcall Inc,
               Attention: Bankruptcy Department,   1600 S Douglass Rd,   Anaheim, CA 92806-5948
25975811     +EDI: CITICORP.COM Jul 23 2010 22:28:00     Citibank Usa,   Attn.: Centralized  Bankruptcy,
               Po Box 20507,   Kansas City, MO 64195-0507
25975814     +EDI: CREDPROT.COM Jul 23 2010 22:28:00     Credit Protection Asso,   13355 Noel Rd Ste 2100,
               Dallas, TX 75240-6837
25975819      EDI: CALTAX.COM Jul 23 2010 22:33:00     Franchise Tax Board,   Attn: Bankruptcy,   PO Box 2952,
               Sacramento, CA 95812-2952
25975820     +EDI: RMSC.COM Jul 23 2010 22:28:00     Gemb/daniel Jewelers,   Po Box 981439,
               El Paso, TX 79998-1439
25975824     +EDI: HFC.COM Jul 23 2010 22:23:00     Hsbc Best Buy,   Attn: Bankruptcy,   Po Box 5263,
               Carol Stream, IL 60197-5263
25975825     +EDI: HFC.COM Jul 23 2010 22:23:00     Hsbc/rs,   Attn: Bankruptcy,   Po Box 5263,
               Carol Stream, IL 60197-5263
25975827      EDI: IRS.COM Jul 23 2010 22:28:00     Internal Revenue Service,   PO Box 21126,
               Philadelphia, PA 19114
25975830     +EDI: LTDFINANCIAL.COM Jul 23 2010 22:28:00     Ltd Financial Svcs Lp,   7322 Southwest Fwy Ste 1,
               Houston, TX 77074-2010
25975831     +EDI: RESURGENT.COM Jul 23 2010 22:28:00     Lvnv Funding Llc,   Po Box 740281,
               Houston, TX 77274-0281
25975832      E-mail/Text: mgr@collection-professionals.com                            Marauder Co,
               74923 Highway 111,   Indian Wells, CA 92210
25975835     +EDI: PHINPINN.COM Jul 23 2010 22:28:00     Pinnacle Credit Serivc,   Po Box 640,
               Hopkins, MN 55343-0640
25975836     +EDI: PHINPLAZA.COM Jul 23 2010 22:28:00     Plaza Associates,   370 7th Ave,
               New York, NY 10001-3900
25975838     +EDI: RESURGENT.COM Jul 23 2010 22:28:00     Pyod Llc,   Po Box 10497,   Greenville, SC 29603-0497
25975839     +EDI: PHINRJMA.COM Jul 23 2010 22:28:00     Rjm Acq Llc,   575 Underhill Blvd Ste 2,
               Syosset, NY 11791-3426
25975844     +EDI: AFNIVZWIRE.COM Jul 23 2010 22:28:00     Verizon,   PO Box 3397,   Bloomington, IL 61702-3397
25975845     +EDI: AFNIVZCOMBINED.COM Jul 23 2010 22:23:00     Verizon California Inc,
               Bankruptcy Administration,   404 Brock Dr,   Bloomington, IL 61701-2654
                                                                                              TOTAL: 22

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
25975829      loan2
smg*          Franchise Tax Board,   ATTN: Bankruptcy,   P.O. Box 2952,   Sacramento, CA  95812-2952
25975833*     Marauder Corporation,   74923 Highway 111,   Indian Wells, CA 92210
25975821    ##+Gess & Assoc,   PO Box 3437,   Winnetka, CA 91396-3437
                                                                                   TOTALS: 1, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0973-9          User: jmcnabbC              Page 2 of 2                Date Rcvd: Jul 23, 2010
Case: 10-11380                Form ID: b18               Total Noticed: 48

             ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 25, 2010**              **Signature:**        *Joseph Speetjens*